AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Aaron Stinson, *Plaintiff* | ) ) |
| v. | ) Civil Action No. 2:18-cv-1022 |
| Davol, Inc., et al., *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Aaron Stinson recover from the defendant *(name)* Davol, Inc. and C.R. Bard, Inc. the amount of five hundred thousand dollars ($ 500000 ), which includes prejudgment interest at the rate of 4.76 %, plus post judgment interest at the rate of 5.38 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☒ tried by a jury with Judge Sargus, Jr. presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 01/10/2024

CLERK OF COURT

*Christi M. Wenk*
Signature of Clerk or Deputy Clerk