UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Stinson v. Davol, Inc., et al.*
Case No. 2:18-cv-1022

## ORDER

The parties have reached a resolution and have jointly moved to vacate the judgment pursuant to Federal Rule of Civil Procedure 60(b) and dismiss the case pursuant to Rule 41(a)(2). (ECF No. 414.)  Federal Rule of Civil Procedure 60(b) permits a district court, "[o]n motion and just terms," to "relieve a party or its legal representative from a final judgment, order, or proceeding" for specified reasons, including that "(5) the judgment has been satisfied, released, or discharged . . . or applying it prospectively is no longer equitable; or (6) [for] any other reason that justifies relief."  Fed. R. Civ. P. 60(b)(5), (b)(6).  District courts have broad discretion to do so. *Singh Mgmt. Co., LLC v. Singh Dev. Co., Inc.*, 774 F. App'x 921, 925 (6th Cir. 2019).  The parties' Motion (ECF No. 414) is **GRANTED**.  The Court hereby **VACATES** the judgment (ECF No. 385) and the case is **DISMISSED WITH PREJUDICE** in light of the resolution between the parties.

    **IT IS SO ORDERED.**


**3/21/2024**                                           s/Edmund A. Sargus, Jr.
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                               **UNITED STATES DISTRICT JUDGE**